**This order is SIGNED.**





**Dated: August 13, 2019**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Number: 19-24016 |
| TAANEN, LP, | Chapter 7 |
| Debtor. | Hon. R. Kimball Mosier |

### ORDER AUTHORIZING 2004 EXAMINATION

This matter came before the Court on the Ex Parte Motion of Michiko Stehrenberger for Order Authorizing Rule 2004 Examination of Tamio Stehrenberger, Anna Stehrenberger and Enzo Stehrenberger under Fed. R. Bankr. P. 2004 and Local Rule 2004-1.   Based on the Motion,

IT IS HEREBY ORDERED that Michiko Stehrenberger may conduct the 2004 examination of Tamio Stehrenberger, Anna Stehrenberger and Enzo Stehrenberger; and it is further

ORDERED that the attendance and production of documents may be compelled pursuant to Fed. R. Bankr. P. 2004(c)

-----------------------------------------END OF DOCUMENT---------------------------------------------

\_\_\_\_\_ooo0ooo\_\_\_\_\_

## <u>DESIGNATION OF PARTIES TO BE SERVED</u>

Service of the foregoing **ORDER AUTHORIZING 2004 EXAMINATION** shall be served to the parties and in the manner designated below:

**By Electronic Service:**   I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Chris Andrus        chrisandrusjd@yahoo.com

- J. Kevin Bird tr        jkevinbird@birdfugal.com, kbird@ecf.epiqsystems.com;kbtrustee@aol.com;melanie@birdfugal.com;jkb@trustesolutions.net

- United States Trustee        USTPRegion19.SK.ECF@usdoj.gov

**By US Mail:**

Michiko Stehrenberger
431 Lakeview Road
Lynnwood, WA 98087

Tamio Stehrenberger
25442 Burntwood
Laguna Niguel, CA 92677

Anna Stehrenberger
25442 Burntwood
Laguna Niguel, CA 92677

Enzo Stehrengerger
25442 Burntwood
Laguna Niguel, CA 92677

2